

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00333-CV

**IN RE** Maria Cecilia **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Irene Rios, Justice

On August 3, 2017, real parties in interest Maria Iris Trevino and Maria Del Rosario G. Pope filed an "Opposed Motion for Leave to File Sur-Reply Brief." The motion is GRANTED.

It is so **ORDERED** on August 4, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada, Chief Deputy Clerk

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

---

[1] This proceeding arises out of Cause No. PR-06-004, styled *In the Estate of Ignacia G. Gutierrez*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.